THE STATE, EX REL. COMMUNITY MUTUAL INSURANCE COMPANY, *v.*
TENTH APPELLATE DISTRICT COURT OF APPEALS ET AL.

[Cite as State, ex rel. Community Mut. Ins. Co., *v.*
Tenth Dist. Ct. of Appeals (1990), 52 Ohio St. 3d 239.]

(No. 89-32—Submitted May 30, 1990—Decided July 3, 1990.)

*Vorys, Sater, Seymour & Pease, John C. Elam, Michael J. Canter, Terry M. Miller* and *James C. Becker,* for relator Community Mutual Insurance Co.

*Michael Miller,* prosecuting attorney, and *Harland H. Hale,* for respondents Tenth District Court of Appeals, Judge Dean Strausbaugh, Judge Archer E. Reilly, Judge John C. Young; and Judge David Cain, Franklin County Court of Common Pleas.

*Anthony J. Celebrezze, Jr.,* attorney general, *Marc A. Kleiman, Benesch, Friedlander, Coplan &* *Aronoff, James F. DeLeone, Orla E. Collier* and *Thomas E. Berry,* for respondent-intervenor Superintendent of Insurance.

In view of our decision announced today in *Community Mut. Ins. Co.* v. *Fabe* (1990), 52 Ohio St. 3d 187, 556 N.E. 2d 1155, this cause is dismissed as moot.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., not participating.